COM.

v.

**EADES, D.**

**3544 EDA 2015**

Superior Court of Pennsylvania.

05/19/2017

CP–51–CR–1107731–1995 (Philadelphia)

Affirmed

COM.

v.

**T.J.**

**3772 EDA 2015**

Superior Court of Pennsylvania.

05/19/2017

CP–23–JV–0000399–2015 (Delaware)

Affirmed

COM.

v.

**LEE, Q.**

**658 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–51–CR–0007635–2015 (Philadelphia)

Affirmed

**U.S. BANK NATIONAL ASSN.**

v.

**LONGSTREET, T.**

**1437 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

2013–06183 (Bucks)

Affirmed

